**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00449-LTB-CBS

TILE IMPORTS, LLC d/b/a CAPCO TILE AND STONE, a Colorado limited liability company,

        Plaintiff,

v.

LOUISIANA TRANSPORTATION, INC., a Michigan corporation,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 24 - filed December 15, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:


          s/Lewis T. Babcock_____
        Lewis T. Babcock, Chief Judge

DATED: December 16, 2005